United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIN LIU,

       Plaintiff,

    v.

CAROLYN COLVIN,

       Defendant.

_____/

No. C 14-1937 PJH

**ORDER DIRECTING PARTIES TO
INFORM COURT WHETHER THEY
CONSENT TO MAGISTRATE JUDGE
FOR ALL PURPOSES**

      In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  <u>See</u> Civil L.R. 73-1(b).  This option is made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

      Accordingly, the parties are hereby DIRECTED to advise the court, no later than **June 24, 2014**, whether they consent to have a magistrate judge conduct all further proceedings in the instant action.  Normally the parties would be directed to so inform the court in their Joint Case Management Statement filed in connection with the initial case management conference.  However, because this case involves a review of an administrative record, a case management conference has not been scheduled.  The court notes that defendant has already filed a consent to proceed before a magistrate judge.  The parties are advised that they may jointly request assignment to a specific magistrate judge.  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

      **IT IS SO ORDERED.**

Dated:  June 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

1

2

3                         UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JIN LIU,

8            Plaintiff,                          No. C 14-1937 PJH

9        v.                                      **CONSENT TO MAGISTRATE JUDGE
                                                 JURISDICTION FOR ALL PURPOSES**
10   CAROLYN COLVIN,

11           Defendant.
     _____/
12

13   **CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

14        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

15   party or parties to the above-captioned civil matter hereby voluntarily consent  to have a

16   United States Magistrate Judge conduct any and all further proceedings in the case,

17   including trial, and order the entry of a final judgment.  Appeal from the judgment shall be

18   taken directly to the United States Court of Appeals for the Ninth Circuit.

19

20   _____          _____

21

22   _____          _____

23   Attorney for Plaintiff (or "Pro Se")      Attorney for Defendant

24

25

26   Dated:_____

27

28

United States District Court

For the Northern District of California