UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIN LIU,

        Plaintiff,

    v.

CAROLYN W. COLVIN,

        Defendant.

Case No. 14-cv-01937-PJH

**JUDGMENT**

On January 30, 2015, the Court granted the parties' stipulation for remand pursuant to sentence four of 42 U.S.C. § 405(g) and request for entry of judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of plaintiff and against defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 30, 2015

PHYLLIS J. HAMILTON
United States District Judge